**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

'08 CIV 6412



| | |
|---|---|
| MAMIYA AMERICA CORPORATION,<br><br>     *Plaintiff,*<br><br>     v.<br><br>ING YAO,<br>     *Defendant.* | Civil Action No. |

## COMPLAINT

Plaintiff, by its attorneys, for its Complaint against the defendant alleges:

## JURISDICTION AND VENUE

1.  This is an action for violation of Sections 32, 42 and 43 (a) of the
Lanham Act, 15 U.S.C. §§ 1117, 1124, 1125; Section 526 of the Tariff Act of 1930, 19
U.S.C. § 1526; for violation of Section 360-I of the New York General Business Law;
and for violation of the common law of the State of New York pertaining to unfair
competition.

2.  This Court has jurisdiction over the subject matter of these claims
pursuant to 28 U.S.C. § 1338 and under principles of supplemental jurisdiction, 28
U.S.C. §1367(a).  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## THE PARTIES

3.  Plaintiff Mamiya America Corporation ("MAC") is a corporation
organized and existing under the laws of the State of New York, maintaining a place of
business at 8 Westchester Plaza, Elmsford, New York 10523.  MAC is an importer and
distributor of high-end photographic equipment including MAMIYA cameras, SEKONIC
light meters, PROFOTO lighting equipment and related products.

4.  Upon information and belief, Defendant Ing Yao is an individual residing at 2471 Flintwood Drive, Rowland Heights, California 91748.

5.  Upon information and belief, Defendant transacts business within this district, derives revenue from intrastate and interstate commerce, and has committed tortious acts within this district and also without this district having consequences within this district, and defendant is otherwise within the jurisdiction of this Court.

6.  New York is an important center wither respect to professional photography and is home to many galleries, exhibitions and photographers.

## PLAINTIFF'S EXCLUSIVE RIGHT TO DISTRIBUTE
## MAMIYA PRODUCTS IN THE UNITED STATES

7.  MAC is the exclusive distributor of photographic equipment imported and sold under the trademark MAMIYA in the United States.  The MAMIYA products sold by MAC in the United States are sold in boxes bearing a white and maroon label featuring a bar code and other information.  Additionally, the MAMIYA products sold in the U.S. are labeled to comply with FCC regulations.

8.  MAC is the owner of incontestable U.S. Trademark Registration No. 785,979 for the mark MAMIYA, which MAC acquired from its predecessors-in-interest by assignment on or about September 21, 1987.  Registration No. 785,979 remains in full force and effect.  A copy of this registration is attached as Exhibit A.

9.  MAC has recorded Registration No. 785,979 for the mark MAMIYA with the U.S. Customs Service.

10.  MAC is also the owner of incontestable U.S. Trademark Registration No. 795,165 for the mark MAMIYA-SEKOR; incontestable U.S. Trademark Registration

2

No. 1,612,715 for the mark MAMIYA; and U.S. Trademark Registration No. 3,354,362 for the mark MAMIYA ZD.  All of the aforementioned registrations remain in full force and effect.

11.   Since at least as early as 1975, MAC and its predecessors-in-interest have continuously marketed and sold MAMIYA products throughout the United States. In connection with these efforts, MAC maintains an internet website at http://www.mamiya.com, which contains information about MAMIYA products and through which U.S. consumers can apply to lease MAMIYA products.

12.   MAC has expended considerable time and effort in the promotion and sale of MAMIYA products and intends to maintain and preserve its rights to exclusively sell MAMIYA products in the United States.

## PLAINTIFF'S EXCLUSIVE RIGHT TO DISTRIBUTE SEKONIC PRODUCTS IN THE UNITED STATES

13.   MAC is the exclusive distributor of photographic equipment imported and sold under the trademark SEKONIC in the United States.  The SEKONIC products sold by MAC in the United States are sold in boxes bearing a white and maroon label featuring a bar code and other information.  Additionally, the SEKONIC products sold in the U.S. are labeled to comply with FCC regulations.

14.   MAC is the owner of incontestable U.S. Trademark Registration No. 798,516 for the mark SEKONIC, which MAC acquired by assignment on or about November 1, 1996.  Registration No. 798,516 remains in full force and effect.  A copy of this registration is attached as Exhibit B.

3

15.  MAC has recorded Registration No. 798,516 for the mark SEKONIC with the U.S. Customs Service.

16.  Since at least as early as 1996, MAC has continuously marketed and sold SEKONIC products throughout the United States.  In connection with these efforts, MAC maintains an internet website at http://www.sekonic.com, which contains information about SEKONIC products and through which U.S. consumers can purchase SEKONIC products.

17.  MAC has expended considerable time and effort in the promotion and sale of SEKONIC products and intends to maintain and preserve its rights to exclusively sell SEKONIC products in the United States.

## DEFENDANT'S IMPROPER ACTIVITIES

18.  Upon information and belief, Defendant has been purchasing MAMIYA and SEKONIC products overseas for the purpose of importing and selling such products in the United States.  These foreign MAMIYA and SEKONIC products are not intended for sale in the United States.

19.  Upon information and belief, Defendant maintains an eBay account under the seller identification name "Ahmuay" and is listed as an eBay "Power Seller".

20.  Upon information and belief, Defendant has sold and continues to sell products bearing the MAMIYA and SEKONIC trademarks to customers in New York, to customers in this district, and to customers elsewhere in the United States through eBay's online auction site.  Printouts showing some of the MAMIYA and

4

SEKONIC products Defendant is offering for sale through eBay are attached as Exhibit C.

21.   Upon information and belief, Defendant offers to ship the MAMIYA and SEKONIC products it sells through eBay's online auction site to any location in the United States, including New York, and does not exclude buyers from New York from purchasing products.

22.   Upon information and belief, Defendant represents that the MAMIYA and SEKONIC products Defendant offers for sale through eBay's online auction site are "brand new," "never used" and/or in "perfect condition".

23.   Upon information and belief, the MAMIYA and SEKONIC products Defendant offers for sale through eBay's online auction site are materially different from the MAMIYA and SEKONIC products that MAC sells and distributes in the United States in the following ways:

    a.   Defendant's products do not bear the maroon and white MAC label with a bar code;

    b.   Defendant's products do not bear a MAC product number;

    c.   Defendant's products do not include warranties honored by MAC;

    d.   Defendant's products do not provide the buyer with a MAC Customer Registration Card; and

    e.   Defendant's products have different instruction manuals.

24. Upon information and belief, Defendant has shipped and continues to ship MAMIYA and SEKONIC products not intended for sale in the United States to eBay buyers located in New York and throughout the United States.

25. MAC has never consented to the importation or sale of any MAMIYA or SEKONIC products by the defendant in the United States.

26. Defendant's sale of MAMIYA and SEKONIC goods obtained overseas takes control of the reputation and goodwill of the MAMIYA and SEKONIC brands in the United States away from MAC, which owns and is responsible for the goodwill of the MAMIYA and SEKONIC brands in the United States. Some of this injury occurs because consumers in the United States purchasing MAMIYA and SEKONIC products from an unauthorized source, like Defendant, may receive products that are not marked in accordance with FCC regulations or which do not come with warranties that will be honored by MAC.

27. To maintain the exclusive image it has created for MAMIYA and SEKONIC products, MAC does not sell MAMIYA and SEKONIC products in any discount stores or chains. As a result, defendant's sale of MAMIYA and SEKONIC products on the internet at heavily discounted prices further demeans the goodwill and the reputation of the MAMIYA and SEKONIC brands in the United States by irreparably destroying the high-end reputation that MAC has created for MAMIYA and SEKONIC products in the United States.

28. Upon information and belief, Defendant's acts have been done willfully and intentionally, with full knowledge of MAC's trademark rights.

6

29.  MAC has given Defendant due notice of its rights, and on information and belief, Defendant has failed to cease its infringing acts.  Defendant's continued infringing behavior has and will cause plaintiff irreparable harm and injury.

## COUNT I [UNAUTHORIZED IMPORTATION OF GOODS]

30.  Plaintiff repeats and realleges each allegation in paragraphs 1-29 as if set forth in full herein.

31.  Defendant's unauthorized importation and sale in the United States of products bearing the MAMIYA and SEKONIC trademarks violates Section 42 of the Lanham Act, 15 U.S.C. § 1124.

32.  Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of Defendant in an amount thus far not determined, but believed to be in excess of $150,000.

## COUNT II [TRADEMARK INFRINGEMENT]

33.  Plaintiff repeats and realleges each allegation in paragraphs 1-32 as if set forth in full herein.

34.  Defendant has affixed, applied and used in connection with the sale of goods representations of the trademarks MAMIYA and SEKONIC and has caused such goods to enter into commerce in the United States, to Plaintiff's detriment.

35.  Defendant has improperly sold goods bearing the MAMIYA and SEKONIC trademarks with the intent to cause confusion and mistake, to deceive and mislead the purchasing public and to improperly appropriate the valuable trademark rights of plaintiff.

36.  Defendant's said acts violate Section 32 of the Lanham Act, 15 U.S.C. § 1114.

37.  Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of defendant in an amount thus far not determined, but believed to be in excess of $150,000.

## COUNT III [FALSE DESIGNATION OF ORIGIN]

38.  Plaintiff repeats and realleges each allegation in paragraphs 1-37 as if set forth in full herein.

39.  Defendant has affixed, applied, and used in connection with the sale of goods, false descriptions and representations of the trademarks MAMIYA and SEKONIC and has caused such goods to enter into commerce in the United States, with full knowledge of the falsity of such descriptions and representations, all to the detriment of Plaintiff.

40.  Defendant has improperly sold goods bearing the MAMIYA and SEKONIC trademarks with the intent to cause confusion and mistake, to deceive and mislead the purchasing public and to improperly appropriate the valuable trademark rights of plaintiff.

41.  Defendant's said acts violate Section 43 (a) of the Lanham Act, 15 U.S.C. § 1125 (a).

42.  Plaintiff has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the wrongful acts of defendant in an amount thus far not determined, but believed to be in excess of $150,000.

## COUNT IV [VIOLATION OF THE TARIFF ACT]

43.  Plaintiff repeats each allegation in paragraphs 1-42 as if set forth in full herein.

44.  Because the improper activities of Defendant complained of herein constitute nonconsensual importation of foreign manufactured goods bearing a registered mark owned by Plaintiff, defendant has violated Section 526 of the Tariff Act, 19 U.S.C. § 1526.

45.  Upon information and belief, Defendant has profited by the activities complained of and Plaintiff has been damaged by these activities in an amount as yet unknown, but believed to be in excess of $150,000.  The acts of Defendant are continuously damaging Plaintiff in a manner wherein Plaintiff has no adequate remedy at law and the acts of Defendant, if continued, will irreparably damage Plaintiff.

## COUNT V [COMMON LAW UNFAIR COMPETITION]

46.  Plaintiff repeats each allegation in paragraphs 1-45 as if set forth in full herein.

47.  As a result of Defendant's improper sale of MAMIYA and SEKONIC products, the purchasing public is likely to buy Defendant's products in the erroneous belief that they are Plaintiff's products.

48.  Upon information and belief, defendant has intentionally misappropriated the MAMIYA and SEKONIC trademarks with the intention of causing confusion, mistake and deception among consumers and the trade as to the source of

the goods and with the intent to unfairly profit from Plaintiff's goodwill at Plaintiff's expense.

49.   As a result of the foregoing, Defendant's actions constitute unfair competition which have had and will continue to have a detrimental effect on the general consuming public in violation of the common law of the State of New York.

50.   Plaintiff has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the wrongful acts of defendant in an amount thus far not determined, but believed to be in excess of $150,000.

### COUNT VI [INJURY TO BUSINESS REPUTATION AND DILUTION]

51.   Plaintiff repeats and realleges each allegation of paragraphs 1-50 hereof, as if fully set forth herein.

52.   By reason of the practices and acts set forth above, Defendant is likely to injure MAC's business reputation and dilute the distinctive quality of Plaintiff's trademarks, in violation of Section 360-l of the New York General Business Law.

53.   These acts of Defendant are without the permission, license or consent of Plaintiff and, unless enjoined by this Court, Defendant will continue these practices and acts, thereby harming Plaintiff's business reputation and causing Plaintiff immediate and irreparable injury.

54.   Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of defendant in an amount thus far not determined, but believed to be in excess of $150,000.

WHEREFORE, Plaintiff demands:

A.  An injunction preliminarily, during the pendency of this action, and permanently enjoining and restraining Defendant, and all persons in active concert or participation with him:

1.    From importing, marketing, or selling in the United States cameras, light meters, camera equipment or related products bearing the MAMIYA or SEKONIC trademarks;

2.    From passing off or otherwise representing to the trade or public in any way that any product sold by Defendant emanates from, is related in source or sponsorship to, or is in any way related to Plaintiff;

3.    From injuring Plaintiff's business reputation by diluting the distinctive quality of Plaintiff's products; and

4.    From engaging in deceptive trade practices or acts in the conduct of Defendant's business by means of selling products bearing the MAMIYA and SEKONIC marks.

B.  Directing defendant to file with this Court and serve upon Plaintiff within thirty (30) days after service of the injunction demanded above, a report, in writing, under oath, setting forth the details of the manner and form in which Defendant has complied with this injunction.

C.  Directing Defendant to deliver to Plaintiff or to destroy all existing MAMIYA and SEKONIC products in his possession;

D.  Directing Defendant to account to Plaintiff for all profits resulting from Defendant's infringing activities;

11

E.  Awarding Plaintiff its damages from Defendant's wrongful acts;

F.  Awarding Plaintiff three times the amount of Plaintiffs' damages or Defendant's profits, whichever is greater.

G.  Awarding Plaintiff the cost of this action, as well as reasonable attorneys' fees.

H.  Awarding Plaintiff punitive damages as a result of Defendant's wrongful acts; and

I.  Awarding Plaintiff such other and further relief as the Court may deem just and proper.


Dated:      July 17, 2008              GOTTLIEB, RACKMAN & REISMAN, P.C.
            New York, New York         Attorneys for Plaintiff
                                       270 Madison Avenue
                                       New York, New York 10016
                                       (212) 684-3900

                                       By _____
                                          George Gottlieb (GG 5761)
                                          Marc P. Misthal (MM 6636)

12

**EXHIBIT A**

# United States Patent Office

785,979
Registered Mar. 2, 1965

## PRINCIPAL REGISTER
### Trademark

Ser. No. 183,506, filed Dec. 24, 1963

## MAMIYA

Mamiya Koki Kabushiki Kaisha (Japanese corporation), doing business as Mamiya Camera Co., Ltd.
7, 1-Chome Hongo
Bunkyo-ku, Tokyo-to, Japan

For: CAMERAS INCLUDING CINE-CAMERAS AND FUNDUS CAMERAS; LENSES FOR CAMERAS AND PROJECTORS; SLIDE-PROJECTORS AND CINE-PROJECTORS; EXPOSURE METERS, RANGE FINDERS, TRIPODS, SHUTTER FOR CAMERAS, FILTERS, FLASH GUN APPARATUSES, LENS HOOD, LENS BRUSHES AND CLEANING CLOTHS; PHOTOGRAPHIC INSTRUMENTS FOR DEVELOPING, PRINTING AND ENLARGING FILMS, DEVELOPING TANKS, DARKROOM TIMERS, FILM DRYERS, SAFE-LIGHT AND FILTERS, PRINT BOXES, PRINT WASHERS, PRINT ROLLERS, PRINT DRYERS, TRAYS, PRINTING MASKS; MAGAZINES, PRINT-EDITING MACHINES, AND PORTABLE SCREENS, in CLASS 26.

First use Aug. 6, 1948; in commerce June 20, 1950.

Owner of U.S. Reg. Nos. 627,353, 627,792, and others.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jul 9 04:10:27 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [        ]    OR    Jump    to record: [        ]    **Record 45 out of 46**

TARR Status | ASSIGN Status | TDR | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **MAMIYA** |
| **Goods and Services** | IC 009. US 026. G & S: CAMERAS INCLUDING CINE-CAMERAS AND FUNDUS CAMERAS; LENSES FOR CAMERAS AND PROJECTORS; SLIDE-PROJECTORS AND [ CINE-PROJECTORS; EXPOSURE METERS, ] RANGE FINDERS, [ TRIPODS, SHUTTER FOR CAMERAS, ] FILTERS, FLASH GUN APPARATUSES, LENS HOOD, [ LENS BRUSHES AND CLEANING CLOTHS; PHOTOGRAPHIC INSTRUMENTS FOR DEVELOPING, PRINTING AND ENLARGING FILMS, DEVELOPING TANKS, DARK ROOM TIMERS, FILM DRYERS, SAFE-LIGHT AND FILTERS, PRINT BOXES, PRINT WASHERS, PRINT ROLLERS, PRINT DRYERS, TRAYS,PRINTING MASKS; ] MAGAZINES [ PRINT-EDITING MACHINES, AND PORTABLE SCREENS ]. FIRST USE: 19480806. FIRST USE IN COMMERCE: 19500620 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72183506 |
| **Filing Date** | December 24, 1963 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0785979 |
| **Registration Date** | March 2, 1965 |
| **Owner** | (REGISTRANT) **MAMIYA** KOKI KABUSHIKI KAISHA DBA **MAMIYA** CAMERA CO., LTD. CORPORATION JAPAN 7, 1-CHOME HONGO BUNKYO-KU, TOKYO-TO JAPAN<br><br>(LAST LISTED OWNER) **Mamiya** America Corporation CORPORATION NEW YORK 8 Westchester Plaza Elmsford NEW YORK 10523 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |

| | |
|---|---|
| **Prior Registrations** | 0627353;0627792;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20051004. |
| **Renewal** | 2ND RENEWAL 20051004 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT B**

# United States Patent Office

798,516
Registered Nov. 9, 1965

## PRINCIPAL REGISTER
## Trademark

Ser. No. 198,981, filed July 31, 1964

## SEKONIC

Sekonic Co., Ltd. (Japanese corporation)
558 Oizumigakuen-cho
Nerima-ku, Tokyo, Japan

For: PHOTOGRAPHIC EQUIPMENT—NAMELY, LIGHT METERS, CAMERAS, AND PROJECTORS—in CLASS 26.

First use June 1, 1951; in commerce Dec. 10, 1954.

Owner of U.S. Reg. Nos. 755,985 and 765,051.

JACK H. REISER, *Examiner*.

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jul 9 04:10:27 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [        ] OR Jump to record: [        ] **Record 42 out of 46**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SEKONIC |
| **Goods and Services** | IC 009. US 026. G & S: PHOTOGRAPHIC EQUIPMENT-NAMELY, LIGHT METERS, CAMERAS, AND PROJECTORS. FIRST USE: 19510601. FIRST USE IN COMMERCE: 19541210 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72198981 |
| **Filing Date** | July 31, 1964 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0798516 |
| **Registration Date** | November 9, 1965 |
| **Owner** | (REGISTRANT) SEKONIC CO., LTD. CORPORATION JAPAN 558 OIZUMIGAKUEN-CHO NERIMA-KU, TOKYO JAPAN |
| | (LAST LISTED OWNER) **Mamiya** America Corporation CORPORATION NEW YORK 8 Weschester Plaza Elmsford NEW YORK 10523 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc P. Misthal |
| **Prior Registrations** | 0755985;0765051 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20051102. |
| **Renewal** | 2ND RENEWAL 20051102 |

Trademark Electronic Search System (TESS)                     http://tess2.uspto.gov/bin/gate.exe?f=doc&state=dg1o3r.2.42

**Live/Dead**
**Indicator**          LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

7/9/2008 7:01 PM

**EXHIBIT C**

 eb Y ®

Sign in or register

Categories ▾    Motors    Express    Stores

eBay Security &
Resolution Center

Site Map

Buy    Sell    My eBay    Community    Help

| | Search | Advanced Search

Back to list of items    Listed in category: Cameras & Photo > Film Cameras > Medium Format

# Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual)

Seller of this item? Sign in for your status



1 of 6

⊘ Supersize

| | |
|---|---|
| Starting bid: | US $3,900.00 |
| Your maximum bid: | US $ | Place Bid > |
| | (Enter US $3,900.00 or more) |
| =Buy It Now price: | US $4,300.00 | Buy It Now > |
| | No Interest Until 2009 - New eBay MasterCard |
| End time: | Jul-21-08 09:00:24 PDT (4 days 1 hour) |
| Shipping costs: | Check item description and payment instructions or contact seller for details |
| Ships to: | Worldwide |
| Item location: | CA, United States |
| History: | 0 bids |

Item number: 300241116084

Watch this item in My eBay

## Meet the seller

Seller:    ahmuay ( 7068 ☆ ) ⚡Power Seller
Feedback: 99.3 % Positive
Member:    since Nov-21-02 in United States

See detailed feedback
Ask seller a question
Add to Favorite Sellers
View seller's other items

## Buy safely

1.  **Check the seller's reputation**
    Score: 7068 | 99.3% Positive
    See detailed feedback

2.  **Check how you're protected**
    **PayPal** Up to $2,000 in buyer protection. See eligibility

Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual) - eBay (item 300241116608...    http://cgi.ebay.com/Mamiya-645-PRO-TL-APO-300mm-2-8-lens-f-645-AFD-manual_W0Q

You can also:    Watch This Item |

Get SMS or IM alerts | Email to a friend

**Listing and payment details:** Hide

Starting time: Jul-11-08 09:00:24 PDT

Starting bid:    US $3,900.00

Duration:    10-day listing

Payment methods:    **PayPal,**

Personal check,

Money order/Cashiers check,

Other - See Payment Instructions for payment methods accepted

See details

SquareTrade © AP6.0

**Description**

You're bidding on a 645 PRO TL APO 300mm/2.8 lens for the Mamiya 645 PRO TL/PRO/SUPER bodies and it can also be used on the newer 645 AFD II, AFD, AF bodies as a manual lens. This lens is in BRAND NEW (no scratches or marks whatsoever on the exterior or anywhere), the glass elements are CRYSTAL CLEAN, comes with the front/rear lens caps, lenshood, filters set, instruction, all inside the original MAMIYA aluminum case w/keys and then inside the original MAMIYA CARTON. Buyer pays $ 50 shipping in USA, to Canada is $ 90, all other overseas air shipping at $ 130.

7/17/2008 11:01 A

Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual) - eBay (item 300241111608...    http://cgi.ebay.com/Mamiya-645-PRO-TL-APO-300mm-2-8-lens-f-645-AFD-manual_W0Q

stwflwar

SquareTrade © squaretrade warranty v2.0

Up to 3 years added protection
Only pennies a day!

**Select a picture**





Larger Picture



Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual) - eBay (item 300241116083...    http://cgi.ebay.com/Mamiya-645-PRO-TL-APO-300mm-2-8-lens-F645-AFD-manual_W0Q

## Shipping and handling

### Services available
Check item description and payment instructions or contact seller for details.

### Ships to
Worldwide

## Take action on this item

**Item title: Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual)**

**Place a bid**

Starting bid:        **US $3,900.00**

Your maximum bid:    US $ [         ]

(Enter US $3,900.00 or more)

**Place Bid >**

You will confirm in the next step.

*or*

eBay automatically bids on your behalf up to your maximum bid.
Learn about bidding.

**Buy It Now**

=*Buy It Now* price: **US $4,300.00**

**Buy It Now >**

You will confirm in the next step.

Purchase this item now without bidding.
Learn about Buy It Now.

## Other options

Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual) - eBay (item 300241111608...    http://cgi.ebay.com/Mamiya-645-PRO-TL-APO-300mm-2-8-lens-f-645-AFD-manual_W0C

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eBay Item

http://pages.ebay.com/viewitem/viewitem_popup.html?domain=ebay.co

# Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual)

Maximize Picture

  





Close Window

7/17/2008 11:01 A

1 of 1

http://pages.ebay.com/viewitem/viewitem_popup.html?domain=ebay.cc

eBay Item

Item Number: 300241116084

2 of 6

# Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual)

Maximize Picture

 

Close Window

eBay Item

http://pages.ebay.com/viewitem/viewitem_popup.html?domain=ebay.cc

Item Number: 300241116084

4 of 6

# Mamiya 645 PRO TL APO 300mm/2.8 lens(f/ 645 AFD manual)

Maximize Picture

   



Close Window

ebay®

Sign in or register

Categories ▼    Motors    Express    Stores

Buy    Sell    My eBay    Community    Help

Site Map

eBay Security & Resolution Center

[Search] [Advanced Search]

Back to list of items    Listed in category: Cameras & Photo > Lighting & Studio Equipment > Light Meters > Flash

# Sekonic L-358 FLASH MASTER LIGHT METER

Item number: 300240034239

Watch this item in My eBay

Buyer or seller of this item? Sign in for your status

| | |
|---|---|
| *Buy It Now* price: | **US $209.99**    Buy It Now > |
| | 0% APR until Jan 2009 - new eBay MasterCard |
| End time: | **14 hours 7 mins** (Jul-17-08 22:11:31 PDT) |
| Shipping costs: | Check item description and payment instructions or contact seller for details |
| Ships to: | Worldwide |
| Item location: | CA, United States |
| Quantity: | 13 available |
| History: | Purchases |
| You can also: | Watch This Item |
| | Get SMS or IM alerts | Email to a friend |

View larger picture

**Meet the seller**

Seller:    ahmuay ( 7068 ☆ )    ⚡ Power Seller
Feedback: **99.3 % Positive**
Member:    since Nov-21-02 in United States

☑ See detailed feedback
☑ Ask seller a question
☑ Add to Favorite Sellers
☑ View seller's other items

**Buy safely**

1. **Check the seller's reputation**
   Score: 7068 | 99.3% Positive
   See detailed feedback

2. **Check how you're protected**
   *PayPal* Up to $2,000 in buyer protection. See eligibility

Sekonic L-358 FLASH MASTER LIGHT METER - eBay (item 300240034239 end time Ju....     http://cgi.ebay.com/Sekonic-L-358-FLASH-MASTER-LIGHT-METER_W0QQitemZ300...

## Listing and payment details: Hide

Starting time:   Jul-07-08 22:11:31 PDT

Duration:        10-day listing

Payment methods:   **PayPal,**
                   Money order/Cashiers
                   check,
                   Other – See Payment
                   Instructions for
                   payment methods
                   accepted
                   See details

## Description

SquareTrade © AP6.0

This auction is for a SEKONIC L-358 Flash Master light meter in IMMACULATE/NEVER USED PERFECT condition in box with everything it should comes with lumigrid, strap, pouch, sync cap, and instructions. It features retractable incident lumisphere for standard, cosine, hemispherical & narrow angle readings. Incident or flash metering modes with flash and ambient analyzing that simultaneously evaluates both flash and ambient light to display the values in 3 ways. An easy to read illuminated LCD panel displays full, 1/2 or 1/3-stop shutter speeds or apertures, and exposure/calibration compensation.  Buyer pays $ 15 shipping in USA, to Canada is $ 30, all other overseas air shipping at $ 40.



Powered by eBay Turbo Lister

7/17/2008 11:03 A

2 of 5

Sekonic L-358 FLASH MASTER LIGHT METER - eBay (item 300240034239 end time Ju...    http://cgi.ebay.com/Sekonic-L-358-FLASH-MASTER-LIGHT-METER_W0QQitemZ3002



## Shipping and handling

**Services available**
Check item description and payment instructions or contact seller for details.

**Ships to**
Worldwide

## Return policy

Sekonic L-358 FLASH MASTER LIGHT METER - eBay (item 300240034239 end time Ju...    http://cgi.ebay.com/Sekonic-L-358-FLASH-MASTER-LIGHT-METER_W0QQitemZ300.

Return policy not specified.
Read item description for any reference to return policy.

Sekonic L-358 FLASH MASTER LIGHT METER - eBay (item 300240034239 end time Ju...    http://cgi.ebay.com/Sekonic-L-358-FLASH-MASTER-LIGHT-METER_W0QQitemZ23002

## Take action on this item

### Item title: Sekonic L-358 FLASH MASTER LIGHT METER

**Buy It Now**

=*BuyItNow* price: **US $209.99**

Your Quantity: **x** | 1

**Buy It Now >**    You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

## Other options

Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom |
Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

7/17/2008 11:03 A

**eb**Y ®

Sign in or register

Categories ▾    Motors    Express    Stores

Buy   Sell   My eBay   Community   Help

Site Map

eBay Security &
Resolution Center

⊙ Back to list of items    Listed in category: Cameras & Photo > Film Cameras > Medium Format

# Mamiya 7 II body + 80mm/4 lens KIT

Seller of this item? Sign in for your status

Item number: 300241350622

**Watch this item in My eBay**

View larger picture

| | |
|---|---|
| Starting bid: | **US $1,730.00** |
| Your maximum bid: | US $ [        ]  **Place Bid >** |
| | (Enter US $1,730.00 or more) |
| =Buy It Now price: | **US $1,740.00**    **Buy It Now >** |
| | No Interest Until 2009 - New eBay MasterCard |
| End time: | Jul-19-08 07:19:54 PDT (1 day 23 hours) |
| Shipping costs: | Check item description and payment instructions or contact seller for details |
| Ships to: | Worldwide |
| Item location: | CA, United States |
| History: | 0 bids |

## Meet the seller

Seller:    ahmuay ( 7068 ☆ ) ⚡ Power Seller

Feedback: **99.3 % Positive**

Member:   since Nov-21-02 in United States

See detailed feedback

Ask seller a question

Add to Favorite Sellers

View seller's other items

## Buy safely

1. **Check the seller's reputation**
   Score: 7068 | 99.3% Positive
   See detailed feedback

2. **Check how you're protected**

   **PayPal** Up to $2,000 in buyer
   protection. See eligibility

Mamiya 7 II body + 80mm/4 lens KIT - eBay (item 300241350622 end time Jul-19-08 07:1...    http://cgi.ebay.com/Mamiya-7-II-body-80mm-4-lens-KIT_W0QQitemZ300241350622QQi

You can also:

Watch This Item

Get SMS or IM alerts | Email to a friend

**Listing and payment details:** Hide

Starting time:    Jul-12-08 07:19:54 PDT

Starting bid:     US $1,730.00

Duration:         7-day listing

Payment methods: **PayPal**,

Money order/Cashiers

check,

Other - See Payment

Instructions for payment

methods accepted

See details



**Description** (revised)

You're bidding on Mamiya 7 II body (black) with 80mm/4 lens. Both the body and the lens are brand new/never used, and the glass elements are crystal clean! The body comes with body cap, strap, instruction, lens comes with front/rear lens caps, lenshood, lens instruction all inside the original box, and lens works/functions perfectly! Buyer pays $ 30 shipping in USA, to Canada is $ 45, all other overseas shipping is $ 60!

7/17/2008 11:04 A

Mamiya 7 II body + 80mm/4 lens KIT - eBay (item 300241350622 end time Jul-19-08 07:1...    http://cgi.ebay.com/Mamiya-7-II-body-80mm-4-lens-KIT_W0QitemZ300241350622QQ



## Shipping and handling

**Services available**
Check item description and payment instructions or contact seller for details.

**Ships to**
Worldwide

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal**  VISA  MasterCard  DISCOVER  BANK | Accepted | **PayPal** Up to **$2,000** in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

## Take action on this item

**Item title: Mamiya 7 II body + 80mm/4 lens KIT**

**Place a bid**

Starting bid:    **US $1,730.00**

Your maximum bid:    US $ |_____
(Enter US $1,730.00 or more)

**Place Bid >**

or

**Buy It Now**

*Buy It Now* price: **US $1,740.00**

**Buy It Now >**

You will confirm in the next step.

Help

Maniya 7 II body + 80mm/4 lens KIT - eBay (item 300241350622 end time Jul-19-08 07:1...    http://cgi.ebay.com/Maniya-7-II-body-80mm-4-lens-KIT_W0QQitemZ300241350622QQ

You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid.
Learn about bidding.

Purchase this item now without bidding.
Learn about Buy It Now.

## Other options

Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

7/17/2008 11:04 A