

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAMIYA AMERICA CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>ING YAO,<br>*Defendant.* | Civil Action No.<br><br> |

### PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for **Plaintiff MAMIYA AMERICA CORPORATION** (a non-governmental entity) certifies that the following are corporate parents, subsidiaries or affiliates of that party, which are publicly held.

**NONE**

Dated:  July 17, 2008
        New York, New York

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 684-3900

By /s/ Marc P. Misthal
George Gottlieb (GG 5761)
Marc P. Misthal (MM 6636)