| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GOTTLIEB RACKMAN & REISMAN, PC<br>270 MADISON AVE<br>NEW YORK NY 10016 | 212-684-3900<br>Ref. No. or File No. | |
| ATTORNEY FOR PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF CASE:<br>MAMIYA AMERICA : YAO | | |

| INVOICE NO.<br>067230 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>08CIV 6412 |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons in a Civil Action and Complaint

On: ING YAO

In the above mentioned action by delivering to and leaving with the person hereinafter named, a copy thereof, at:
2471 FLINTWOOD DRIVE
ROWLAND HEIGHTS CA 91748

On: 07/23/08  At: 12:10PM

Copies were left at the defendant's dwelling house or usual place of abode or business with a person of suitable age and discretion.

Name of person with whom the documents were left:
VICTOR YANG
Whose relationship is: CO-OCCUPANT

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct.

Person serving: MOHAMED EL-ALI          Fee for service:     74.95

All Counties Attorney Service          d.  Registered California process server
1625 E. 17th Street                    (1) [ ] Employee or [X] Independent Contractor
Santa Ana, CA 92705                    (2) Registration No. PSC 604
714-558-1403 FAX 714-558-0261          (3) County: ORANGE
                                       (4) Expiration: 11/17/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 08/05/08                                      >
                                                    SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GOTTLIEB RACKMAN & REISMAN, PC<br>270 MADISON AVE<br>NEW YORK NY 10016 | 212-684-3900<br>Ref. No. or File No. | |
| ATTORNEY FOR   PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF CASE:<br>MAMIYA AMERICA : YAO | | |

| INVOICE NO.<br>067230 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>08CIV 6412 |
|---|---|---|---|---|

## DECLARATION OF REASONABLE DILIGENCE

Person to serve:
    ING YAO

Documents received:
    Summons in a Civil Action and Complaint

I Declare the following attempts were made to effect service by personal delivery

    at the RESIDENCE address:
    2471 FLINTWOOD DRIVE
    ROWLAND HEIGHTS CA 91748

    at the BUSINESS address:
    UNKNOWN


    07/21/08  06:45PM   Not home per co-occupant.
    07/22/08  07:30AM   No answer or response at residence address.
    07/23/08  12:10PM   Not home, subserved on a co-occupant.

Servers Name: MOHAMED EL-ALI


All Counties Attorney Service         d.  Registered California process server
1625 E. 17th Street                   (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                   (2) Registration No. PSC 604
714-558-1403 FAX 714-558-0261         (3) County: ORANGE
                                      (4) Expiration: 11/17/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 08/05/08                        >
            CONFORMS WITH JUDICIAL COUNCIL FORM # POS-010   SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GOTTLIEB RACKMAN & REISMAN, PC<br>270 MADISON AVE<br>NEW YORK NY 10016 | 212-684-3900<br><br>Ref. No. or File No. | |
| ATTORNEY FOR   PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF CASE:<br>MAMIYA AMERICA : YAO | | |

| INVOICE NO.<br>067230 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>08CIV 6412 |
|---|---|---|---|---|

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the county of ORANGE State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. on 07/25/08 after substituted service under section 415.20(a) or 415.20(b) C.C.P., was made, I served the within:

Summons in a Civil Action and Complaint

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at:   SANTA ANA      , California,   addressed as follows:

ING YAO

2471 FLINTWOOD DRIVE
ROWLAND HEIGHTS CA 91748

Declarant: MOHAMED EL-ALI

All Counties Attorney Service        d.  Registered California process server
1625 E. 17th Street                  (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                  (2) Registration No. PSC 604
714-558-1403 FAX 714-558-0261        (3) County: ORANGE
                                     (4) Expiration: 11/17/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 08/05/08                              >  SIGNATURE