UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
MAMIYA AMERICA CORPORATION,                                :
                                                           :
                    Plaintiff,                             :
                                                           :   Civil Action No. 08-6412 (WHP)
vs.                                                        :
                                                           :
                                                           :   STIPULATION TO
ING YAO,                                                   :   EXTEND TIME TO
                                                           :   ANSWER COMPLAINT
                                                           :
                    Defendant.                             :
                                                           :
-----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel for Plaintiff Mamiya America Corporation ("Mamiya") and Defendant Ing Yao ("Yao"), that:

(1) Plaintiff Mamiya having served the Complaint in this action upon Defendant Yao on July 23, 2008, thereby rendering Defendant Yao's Answer to that Complaint due on August 12, 2008;

(2) Plaintiff Mamiya and Defendant Yao currently being engaged in substantive settlement discussions; and

(3) Defendant Yao's Answer or any motion in lieu of an Answer will be due on September 2, 2008.

1

Dated: August 15, 2008

By: *[signature]*
Scott Zarin, Esq. (SZ 7134)
Zarin & Associates P.C.
1775 Broadway, Suite 2300
New York, NY 10019
Tel: (212) 580-3131
Fax: (212) 580-4393

Attorneys for Defendant
Ing Yao

By: *[signature]*
Marc P. Misthal (MM 6636)
Gottlieb Rackman & Reisman P.C.
270 Madison Avenue
New York, NY 10016
Tel: (212) 684-3900
Fax: (212) 684-3999

Attorneys for Plaintiff
Mamiya America Corporation

SO ORDERED

Date: _____

_____
William H. Pauley
United States District Judge