UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| MAMIYA AMERICA CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 08-6412 (WHP) |
| vs. | : | |
| | : | |
| | : | STIPULATION TO |
| ING YAO, | : | EXTEND TIME TO |
| | : | ANSWER COMPLAINT |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel for Plaintiff Mamiya America Corporation ("Mamiya") and Defendant Ing Yao ("Yao"), that:

    (1) Plaintiff Mamiya having served the Complaint in this action upon Defendant Yao on July 23, 2008, thereby rendering Defendant Yao's Answer to that Complaint due on August 12, 2008;

    (2) Plaintiff Mamiya and Defendant Yao currently being engaged in substantive settlement discussions; and

    (3) Defendant Yao's Answer or any motion in lieu of an Answer will be due on September 2, 2008.

Dated:    August 15, 2008


By: _____

Scott Zarin, Esq. (SZ 7134)
Zarin & Associates P.C.
1775 Broadway, Suite 2300
New York, NY 10019
Tel:    (212) 580-3131
Fax:    (212) 580-4393

Attorneys for Defendant
Ing Yao

By: _____

Marc P. Misthal (MM 6636)
Gottlieb Rackman & Reisman P.C.
270 Madison Avenue
New York, NY 10016
Tel:    (212) 684-3900
Fax:    (212) 684-3999

Attorneys for Plaintiff
Mamiya America Corporation


SO ORDERED



Date: _____

_____
William H. Pauley
United States District Judge